1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    ROZELL DULANEY,                                    Civil No.    08-0382 J (NLS)

12                               Petitioner,
                                                          **SUMMARY DISMISSAL OF**
13               vs.                                      **SUCCESSIVE PETITION PURSUANT**
                                                          **TO 28 U.S.C. § 2244(b)(3)(A)**
14    JOHN MARSHALL, Director, et al.,                    **GATEKEEPER PROVISION**

15                               Respondents.

16          Petitioner, Rozell Dulaney, a state prisoner proceeding pro se, has filed a Petition for Writ

17    of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The instant Petition is not the first Petition for

18    a Writ of Habeas Corpus that Petitioner has submitted to this Court challenging his conviction

19    in San Diego Superior Court case No. SCD137017.  Thus, this case is summarily dismissed

20    pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

21          **PETITION BARRED BY GATEKEEPER PROVISION**

22          On February 27, 2001, Petitioner filed in this Court a Petition for Writ of Habeas Corpus

23    in case No. 01cv0344.  In that petition, Petitioner challenged his conviction in San Diego

24    Superior Court case No. SCD 137017.  On December 3, 2001, this Court denied the petition on

25    the merits.  (*See* Order filed December 3, 2001in case No. 01cv0344 J (NLS) [Doc. No. 13].)

26    Petitioner filed a motion for rehearing with the Ninth Circuit Court of Appeals which was

27    construed by the court as a request for a certificate of appealability.  On January 10, 2003, the

28

1    Ninth Circuit Court of Appeals denied the motion. (*See* Order in *Dulaney v. Roe*, No. 02-55167

2    (9th Cir. Jan. 10, 2003).)

3         Petitioner is now seeking to challenge the same conviction he challenged in his prior

4    federal habeas petition. Unless a petitioner shows he or she has obtained an Order from the

5    appropriate court of appeals authorizing the district court to consider a successive petition, the

6    petition may not be filed in the district court. *See* 28 U.S.C. § 2244(b)(3)(A). Here, there is no

7    indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a successive

8    petition.

9                                    <u>**CONCLUSION**</u>

10        Because there is no indication Petitioner has obtained permission from the Ninth Circuit

11   Court of Appeals to file a successive petition, this Court cannot consider his Petition.

12   Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner filing a petition

13   in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals. **The**

14   **Clerk of the Court is directed to attach a blank Ninth Circuit Application for Leave to File**

15   **Second or Successive Petition for Petitioner's convenience.**

16        **IT IS SO ORDERED.**

17

18   **DATED: March 17, 2008**

19                                    _____

20                                    **HON. NAPOLEON A. JONES, JR.**
                                      **United States District Judge**

21

22

23

24

25

26

27

28